veyed to plaintiff as being equitably and fairly her property. This is entirely consistent with section 17 of the divorce statute referred to, which vests in the court the right to require a conveyance where title to property equitably should be vested in the other.

For the reasons stated, the decree of the Circuit Court of McDonough County is, therefore, affirmed.

Affirmed.

STENGEL and BARRY, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAVID LEVERTON, Defendant-Appellant.

(No. 12420;

Fourth District—March 20, 1975.

Opinion by Mr. JUSTICE GREEN.

John F. McNichols and Thomas Nelson, both of State Appellate Defender's Office, of Springfield, for appellant.

Robert L. Welch, State's Attorney, of Virginia, for the People.